```
                    FILED
                   MAR 23 2011
              CLERK, U.S. DISTRICT COURT
                 DISTRICT OF NEVADA
              BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>             Plaintiff, )<br>         )<br>     v. )<br>         )<br>ARTHUR ESPARZA, )<br>         )<br>             Defendant. ) | 2:10-CR-537-PMP-LRL |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on **March 23, 2011**, defendant ARTHUR ESPARZA pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant ARTHUR ESPARZA agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ARTHUR ESPARZA pled guilty.

The following asset are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a).    Charter Arms, model Undercover, .38 caliber revolver, serial number 825760; and

    (b).    any and all ammunition ("property").

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.

3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
4  the United States of America should seize the aforementioned property.

5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest
6  of ARTHUR ESPARZA in the aforementioned property is forfeited and is vested in the United
7  States of America and shall be safely held by the United States of America until further order of
8  the Court.

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of
10  America shall publish for at least thirty (30) consecutive days on the official internet government
11  forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited
12  property, state the time under the applicable statute when a petition contesting the forfeiture must
13  be filed, and state the name and contact information for the government attorney to be served with
14  the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section
15  853(n)(2).

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
17  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
19  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
20  the following address at the time of filing:

21  Michael A. Humphreys
    Assistant United States Attorney
22  Daniel D. Hollingsworth
    Assistant United States Attorney
23  Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
24  Las Vegas, Nevada 89101.

25  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
26  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

1  following publication of notice of seizure and intent to administratively forfeit the above-described
2  property.
3       DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE